1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: aaron.wegner@usdoj.gov
8
   Attorneys for the United States
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )    No. 4-12-70146-MAG
                                    )
14         Plaintiff,                )   [PROPOSED] ORDER AND
                                    )    STIPULATION FOR CONTINUANCE
15      v.                          )    FROM MAY 2, 2012 TO JULY 13, 2012
                                    )    AND EXCLUDING TIME FROM THE
16 SAMUEL LOPEZ,                    )    SPEEDY TRIAL ACT CALCULATION
                                    )    (18 U.S.C. § 3161(h)(8)(A)) AND
17         Defendant.                )   WAIVING TIME LIMITS UNDER RULE
                                    )    5.1
18

19         With the agreement of the parties, and with the consent of the defendant, the Court enters

20 this order scheduling an arraignment or preliminary hearing date of July 13, 2012 at 9:30 a.m.

21 before the duty magistrate judge, and documenting the defendant's waiver of the preliminary

22 hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the

23 Speedy Trial Act, 18 U.S.C. § 3161(b), from May 2, 2012 to July 13, 2012.  The parties agree,

24 and the Court finds and holds, as follows:

25         1. The defendant is currently in custody.

26         2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

27 § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into

28 account the exercise of due diligence.  Counsel for the defendant will be out of the district from

1  May 11 to June 26, 2012.

2    3.  The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for
3  preliminary hearing.

4    4.  Counsel for the defense believes that postponing the preliminary hearing is in her
5  client's best interest, and that it is not in her client's interest for the United States to indict the
6  case during the normal 14-day timeline established in Rule 5.1.

7    5.  The Court finds that, taking into the account the public interest in the prompt
8  disposition of criminal cases, these grounds are good cause for extending the time limits for a
9  preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances,
10 the Court finds that the ends of justice served by excluding the period from May 2, 2012 to July
11 13, 2012 outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C.
12 § 3161(h)(8)(A).

13   6.  Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
14 hearing date before the duty magistrate judge on July 13, 2012, at 9:30 a.m., and (2) orders that
15 the period from May 2, 2012 to July 13, 2012, be excluded from the time period for preliminary
16 hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations
17 under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

18

19 IT IS SO STIPULATED:

20

21 DATED: April 23, 2012      _____/s_____
                ELLEN LEONIDA
22                    Attorney for Defendant

23

24 DATED: April 23, 2012      _____/s_____
                  AARON D. WEGNER
25                    Assistant United States Attorney

26

27 IT IS SO ORDERED.

28 DATED: April 24, 2012      _____
                 ~~HON. BERNARD ZIMMERMAN~~ LAUREL BEELER
                 United States Magistrate Judge